

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2014

No. 04-14-00361-CR

Anthony John **SEQUIERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 445586
Honorable Genie Wright, Judge Presiding

# O R D E R

The appellant's brief was originally due to be filed on September 1, 2014. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to October 2, 2014. On October 1, 2014, the appellant filed a motion requesting an additional extension of time to file the brief until November 3, 2014, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by November 3, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court